IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CHERYL S. WRIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **FILE NO. 1:12-cv-1287-AT** |
| **MOREHOUSE SCHOOL OF** ) | |
| **MEDICINE, INC. and VALERIE** ) | |
| **MONTGOMERY RICE, M.D.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| _____ ) | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendants have reached final agreement on settlement of the claims made in this action, and hereby stipulate to the dismissal of this action on the following terms and conditions:

**1.** Each claim made by Plaintiff against Defendants in this action is hereby dismissed with prejudice on the basis of the settlement reached, with wages and attorneys' fees paid, pursuant to Fed. R. Civ. P. 41.

**2.** Each party shall bear its own costs.

Dated: October 31, 2012.

1

| | |
|---|---|
| s/Elizabeth Ann Morgan | s/Yendelela Neely Anderson |
| Elizabeth Ann Morgan | Yendelela Neely Anderson |
| Georgia Bar No. 522206 | Georgia Bar No. 424429 |
| Flora Manship | Susan W. Pangborn |
| Georgia Bar No. 317817 | Georgia Bar No. 735027 |
| THE MORGAN LAW FIRM P.C. | KILPATRICK TOWNSEND & STOCKTON LLP |
| 260 Peachtree Street | 1100 Peachtree Street |
| Suite 1601 | Suite 2800 |
| Atlanta, Georgia 30303 | Atlanta, Georgia 30309-4530 |
| Tel: 404-496-5430 | Tel: (404) 815-6500 |
| morgan@morganlawpc.com | SPangborn@KilpatrickTowsend.com |
| manship@morganlawpc.com | YAnderson@KilpatrickTownsend.com |
| *Counsel for Plaintiff Cheryl S. Wright* | *Counsel for Defendants Morehouse School of Medicine, Inc. and Valerie Montgomery Rice, M.D.* |

On this __ day of _____, 2012, it is hereby so ORDERED.

_____

The Honorable Amy Totenberg
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CHERYL S. WRIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| **v.** ) | |
| ) | **FILE NO. 1:12-cv-1287-AT** |
| **MOREHOUSE SCHOOL OF** ) | |
| **MEDICINE, INC. and VALERIE** ) | |
| **MONTGOMERY RICE, M.D.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2012, I electronically filed the **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Susan W. Pangborn
Yendelela Neely Anderson
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309-4530
SPangborn@KilpatrickTownsend.com
YAnderson@KilpatrickTownsend.com

3

Respectfully submitted,

<u>s/Elizabeth Ann Morgan</u>
Elizabeth Ann Morgan
Georgia Bar No. 522206
Flora Manship
Georgia Bar No. 317817
THE MORGAN LAW FIRM P.C.
260 Peachtree Street, Suite 1601
Atlanta, Georgia 30303
Tel: 404-496-5430
morgan@morganlawpc.com
manship@morganlawpc.com
*Counsel for the Plaintiff*